**Order entered October 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01104-CV

### RANDY L. WINEINGER, IN HIS CAPACITY AS HUNT COUNTY TAX ASSESSOR-COLLECTOR, Appellant

### V.

### Z BAR A RANCH, LP AND JAMES ALLEN WALKER, Appellees

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 80,762**

## ORDER

Appellant tendered his brief on October 1, 2015. On October 2, 2015, this Court notified appellant that his brief was not filed because the appendix to the brief was submitted as a separate document. *See* TEX. R. APP. P. 9.4(j)(4). We instructed appellant to submit a corrected document within three days. *See* TEX. R. APP. P. 9.4(k).

Before the Court is appellant's October 5, 2015 motion to supplement his brief with the appendix that it attached to the motion. We **GRANT** appellant's motion **TO THE EXTENT** that appellant shall file a brief combined with the appendix by **OCTOBER 14, 2015**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE